PER CURIAM.
Affirmed. See State v. Drawdy, 136 So. 3d 1209 (Fla. 2014) ; Hughes v. State, 22 So. 3d 132 (Fla. 2d DCA 2009) ; Carlyle v. State, 945 So. 2d 540 (Fla. 2d DCA 2006) ; Coughlin v. State, 932 So. 2d 1224 (Fla. 2d DCA 2006) (en banc); Shortridge v. State, 884 So. 2d 321 (Fla. 2d DCA 2004) ; Brown v. State, 827 So. 2d 1054 (Fla. 2d DCA 2002) ; Schwenn v. State, 898 So. 2d 1130 (Fla. 4th DCA 2005).
SILBERMAN, VILLANTI, and ATKINSON, JJ., Concur.